UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
FIRST AMENDED **CHAPTER 13 PLAN** (Individual Adjustment of Debts)

DEBTOR: **ERIC SIMM**   JOINT DEBTOR: **DONNA SIMM** CASE NO. **13-15218-BKC-AJC**
Last four digits of SS No. 7944     Last four digits of SS No. 8181


**MONTHLY PLAN PAYMENT**: Including Trustee's fee of 10% and beginning thirty (30) days from filing/conversion date. Debtor(s) to pay to the Trustee for the period of  months. In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan.

A. **$1,883.23** for months **1** to **60**, beginning **April 7, 2013**; in order to pay the following creditors:

**Administrative**: Attorney's Fees: $6,500.00 (SAFE HARBOR, Base-$3,500.00, Cost-$150.00, Motion to Value real Property-$775.00, Motion to Value Real Property-$775.00, Motion to Value Real Property-$775.00, Motion to Value Personal Property-$525.00); Paid Fees: $2,000.00; Balance Due: $4,500.00; payable $1,125.00/mo. (Mos. 1 to 4)
**Secured Creditors**:  [Retain Liens pursuant to 11 U.S.C. § 1325(a)(5)]
**Mortgage(s)/Liens on Real or Personal Property**

**1. *CITIMORTGAGE (1st Mtg Homestead Prop. - 13700 SW 105 St., MF 33186)**
POB 9438   The account with this creditor will be treated outside the Chapter 13 Plan.
Gaithersburg, MD 20898
Acct #8467

**2. PEBBLEBROOKS HOA (Maintenance Inv. Prop. - 2511 NE 41 Ave., Homestead, FL 33033)** - Total Due on Petition Date: $0.00
c/o Executive National Bank   Regular Payment; $100.00/mo. (Mos. 1 to 60)
c/o Mgt 113            **Direct pay begins: MARCH 2018**
POB 166248
Miami, FL 33116
Acct #4012


**3. WATERSTONE (Maintenance Inv. Prop. - 2511 NE 41 Ave., Homestead, FL 33033)** – Total Due on Petition Date: $0.00
United Property Management
POB 653637
Miami, FL 33265 This payment is included with the Pebblebrooks HOA
Acct #4012

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING THE CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3**

**1. ONEWEST (1st Mtg Inv. Prop. - 2511 NE 41 Ave., Homestead, FL 33033)** - Payoff Due on Petition Date: $82,600.00
6900 Beatrice Dr.        Payable; $339.91/mo. (Mos. 1 to 4)
Kalamazoo, MI 49009      $1,575.81/mo. (Mos. 5 to 60)
Acct #3710               [payments include 3.25% interest]

**2. PEBBLEBROOKS HOA (Maintenance Inv. Prop. Acct #4012 - 2511 NE 41 Ave., Homestead, FL 33033) - The value of the investment property is $82,600.00. The payoff of the first mortgagee Onewest is $218,139.00. Therefore, as there is no equity after the first mortgage, the maintenance due to Pebblebrook HOA in the amount of $1,500.00 and the maintenance due to Waterstone in the amount of $1,500.00 will be stripped off and avoided.**


   LF-31 (rev. 01/08/10)

**3. WATERSTONE (Maintenance Inv. Prop. - 2511 NE 41 Ave., Homestead, FL 33033)** - The value of the investment property is $82,600.00. The payoff of the first mortgagee Onewest is $218,139.00. Therefore, as there is no equity after the first mortgage, the maintenance due to Pebblebrook HOA in the amount of $1,500.00 and the maintenance due to Waterstone in the amount of $1,500.00 will be stripped off and avoided.

**4. GECRB/ROOMS TO GO** - VALUE OF PERSONAL PROPERTY: $500.00, payable at $125.00/mo. (Mos. 1 to 4)[Total due is inclusive of interest]

**5. ALLY FINANCIAL (Acct #7994)** - The account with this creditor for the 2010 Chevrolet Tahoe LT will be treated outside the Chapter 13 Plan.

**6. SOVEREIGN BANK (Acct #1346)** - The 23' Proline Boat will be surrendered.

<u>**Priority Creditors**</u>: [As defined in 11 U.S.C. Section 507]

<u>**NONE**</u>

<u>**Unsecured Creditors**</u>: Payable: $5.00/mo. (Mos. 1 to 4) & $19.10/mo. (Mos. 5 to 60). Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

<u>**OTHER PROVISIONS:**</u> **All mortgage companies shall continue to send the debtor(s) the regular monthly invoices.**

<u>**OTHER PROVISIONS**</u>: **All mortgage companies are required to notify the Debtor, the bankruptcy trustee and the Debtor's attorney of any increases in all regular monthly payments during the life of the Chapter 13 Plan.**

Dated: April 26, 2013

<u>**CERTIFICATE OF MAILING**</u>

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was sent by e-mail to Nancy Neidich at e2c8f01@ch13herkert.com and those set forth in the NEF and regular mail to all creditors this 26th day of April, 2013.

> Law Offices of Michael J. Brooks,
> Michael A. Frank,
> & Rodolfo De La Guardia
> Attorney for Debtor(s)
> 10 N.W. LeJeune Road, Suite 620
> Miami, FL  33126-5431
> (305) **443-4217**
> Pleadings@bkclawmiami.com
>
> By <u>/s/                                    </u>
> Michael J. Brooks
> Florida Bar No. 434442

LF-31 (rev. 01/08/10)