UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                        CASE NO.: 13-15218-AJC
                                              CHAPTER 13
ERIC SIMM and
DONNA L SIMM,

    Debtors.
_____/

## JOINT STIPULATION REGARDING ONGOING ESCROW PAYMENTS

In accordance with the Order Granting Debtor's motion to value and Determine Secured Creditor Status of Lien (Docket No. 51) FEDERAL NATIONAL MORTGAGE ASSOCIATION ("Secured Creditor") and Debtors by and through undersigned counsel hereby stipulate to the following:

1. ERIC SIMM and DONNA L SIMM ("Debtors") are responsible for all future escrow payments.

2. Secured Creditor shall make no further escrow disbursements.

STIPULATED AND AGREED TO BY:

_____          _____
Michael Frank, Esq.                       Shreena Augustin, Esq.
Attorney for Debtors                      Attorney for Secured Creditor
Date:                                     Date: 8/22/18